THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INCIDENT CATERING SERVICES, LLC<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ERROL NANCE,<br><br>Defendant; | Case No. 2:22-cv-591<br><br>**JOINT STIPULATION OF PARTIAL DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>January 18, 2024 |
| KENNETH ERROL NANCE, individually,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>INCIDENT CATERING SERVICES, LLC and MIKE HOLM, individually and on behalf of his domestic community with Jane Doe Holm, and RAQUEL M. LACKEY, individually and on behalf of her domestic community with RICHARD W. LACKEY,<br><br>Counterclaim Defendants. | |

JOINT STIPULATION OF PARTIAL DISMISSAL
(Case No. 2:22-cv-00591-JNW)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

**STIPULATION**

COMES NOW, the undersigned parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) by agreement of all the parties to this litigation, and hereby stipulates to the dismissal of the following claims with prejudice in the above captioned matter:

- Count Six of Incident Catering Services, LLC's Complaint against Kenneth Errol Nance (Breach of Contract – February 24, 2022 Agreement) (ECF No. 1); and
- Count Five of Kenneth E. Nance's Second Amended Answer to Complaint, Affirmative Defenses, and Counterclaims (Breach of Duty of Contract – Stand Down Agreement) (ECF No. 29).

The remaining claims and counterclaims in this action shall remain pending. Each party shall be responsible for their own costs.

DATED: January 18, 2024.

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: molly.terwilliger@morganlewis.com

**MCGUIREWOODS LLP**

By: *s/ Richard J. Batzler*
David L. Greenspan (*pro hac vice*)
Richard J. Batzler (*pro hac vice*)
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Email: dgreenspan@mcguirewoods.com
        rbatzler@mcguirewoods.com

*Attorneys for Plaintiff/Counterclaim Defendants Ellipse Global and Mike Holm*

JOINT STIPULATION OF PARTIAL DISMISSAL
(Case No. 2:22-cv-00591-JNW) - 1

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

| | |
|---|---|
| 1 | **CARSON & NOEL, PLLC** |
| 2 | By: *s/ Wright A. Noel* |
| 3 | Wright A. Noel, WSBA No. 25264 |
|   | Patrick D. Moore, WSBA No. 54177 |
| 4 | 20 Sixth Avenue NE |
|   | Issaquah, WA 98027 |
| 5 | Phone: (425) 395-7786 |
|   | Email: wright@carsonnoel.com |
| 6 |         patrick@carsonnoel.com |
| 7 | *Attorneys for Defendant and Counterclaim Plaintiff Kenneth Nance* |
| 8 | **GORDON REES SCULLY MANSUKHANI, LLP** |
| 9 | |
| 10 | By: *s/ Robert L. Gillette* |
|    | Sarah N. Turner, WSBA #37748 |
| 11 | Robert L. Gillette, II, WSBA #44212 |
|    | 701 Fifth Avenue, Suite 2100 |
| 12 | Seattle, WA 98104 |
|    | Phone: (206) 695-5115 |
| 13 | Email: sturner@grsm.com |
|    |         rgillette@grsm.com |
| 14 | *Attorneys for Third Party Defendant Raquel Lacky* |

**ORDER**

IT IS SO ORDERED.

*[signature]*

Jamal N. Whitehead
United States District Judge

JOINT STIPULATION OF PARTIAL DISMISSAL
(Case No. 2:22-cv-00591-JNW) - 2

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  molly.terwilliger@morganlewis.com

**MCGUIREWOODS LLP**

By: *s/ Richard J. Batzler*
David L. Greenspan (*pro hac vice*)
Richard J. Batzler (*pro hac vice*)
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Email:  dgreenspan@mcguirewoods.com
        rbatzler@mcguirewoods.com

*Attorneys for Plaintiff/Counterclaim Defendants Ellipse Global and Mike Holm*

**CARSON & NOEL, PLLC**

By: *s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264
Patrick D. Moore, WSBA No. 54177
20 Sixth Avenue NE
Issaquah, WA 98027
Phone: (425) 395-7786
Email:  wright@carsonnoel.com
        patrick@carsonnoel.com

*Attorneys for Defendant and Counterclaim Plaintiff Kenneth Nance*

**GORDON REES SCULLY MANSUKHANI, LLP**

By: *s/ Robert L. Gillette*
Sarah N. Turner, WSBA #37748
Robert L. Gillette, II, WSBA #44212
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5115
Email:  sturner@grsm.com
        rgillette@grsm.com

*Attorneys for Third Party Defendant Raquel Lacky*

JOINT STIPULATION OF PARTIAL DISMISSAL
(Case No. 2:22-cv-00591-JNW) - 3

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401