1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INCIDENT CATERING SERVICES LLC, | CASE NO. 22-cv-591 |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KENNETH ERROL NANCE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order adding Alpine Pacific Capital, LLC as a party to the protective order. Dkt. No. 86. The U.S. District Court for the Western District of Washington Electronic Filing Procedures for Civil and Criminal Cases requires that all proposed orders must also be attached as a Word or Word-compatible file to an email sent to the email address of the assigned judge. No word file has been provided. The Court directs the parties to submit the proposed order as a Word or Word-compatible file by e-mail to: WhiteheadOrders@wawd.uscourts.gov.

MINUTE ORDER - 1

Dated this 8th day of March 2024.

Ravi Subramanian

Clerk

/s/Kathleen Albert

Deputy Clerk