The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INCIDENT CATERING SERVICES, LLC, doing business as ELLIPSE GLOBAL, a Limited Liability Company,<br><br>        Plaintiff,<br><br>   v.<br><br>KENNETH ERROL NANCE, an individual,<br><br>        Defendant. | No. 2:22-CV-00591-JNW<br><br>STIPULATION AND ORDER ADDING ALPINE PACIFIC CAPITAL, LLC AS A PARTY TO THE PROTECTIVE ORDER |
| KENNETH ERROL NANCE, individually,<br><br>        Counterclaim Plaintiff,<br><br>   v.<br><br>INCIDENT CATERING SERVICES, LLC and MIKE HOLM, individually and on behalf of his domestic community with Jane Doe Holm, and RAQUEL LACKEY, individually and on behalf of her domestic community with John Doe Lackey,<br><br>        Counterclaim Co-Defendants. | |

STIPULATION AND ORDER - 1

I.     STIPULATION

The Parties are asking that Alpine Pacific Capital, LLC be allowed to designate documents as confidential under the Stipulated Protective Order [Dkt. 24] (the "Protective Order") entered in this case. The stipulation is based on the following:

1. The parties agreed to, and the Court signed, the Protective Order on November 1, 2022. Dkt. 24.

2. The Protective Order did not include a third-party clause that would explicitly authorize third parties producing documents in response to subpoena duces tecums to designate documents as confidential.

3. Defendant Ken Nance issued a subpoena duces tecum to Alpine Pacific Capital, LLC ("Alpine") on November 11, 2023, with a response date of December 12, 2023. Alpine requested an extension to respond to the subpoena due to the holidays and a need to gather the documents.

4. Alpine previously owned Plaintiff/Counterclaim Defendant Incident Catering Services, LLC.

5. Alpine is now ready to produce documents, but is asking that some of the documents it will produce be kept confidential under the Protective Order.

6. The Parties agree that Alpine should be allowed to produce documents with the ability to designate documents as "Confidential" pursuant to the Order.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

STIPULATION AND ORDER - 2

Dated: March 4, 2024

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: s/*Robert L. Gillette* <br> Sarah N. Turner, WSBA #37748 <br> Robert L. Gillette, II, WSBA #44212 <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: (206) 695-5115 <br> Email: sturner@grsm.com <br>         rgillette@grsm.com <br><br> Attorneys for Third Party Defendant Raquel Lackey | By: s/ *Molly A. Terwilliger* <br> Molly A. Terwilliger, WSBA #28449 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: molly.terwilliger@morganlewis.com |
| **CARSON & NOEL, PLLC** | **MCGUIREWOODS LLP** |
| By: */s/ Patrick D. Moore* <br>     Wright A. Noel, WSBA No. 25264 <br>     Patrick D. Moore, WSBA No. 54177 <br>     20 Sixth Avenue NE <br>     Issaquah, WA 98027 <br>     Telephone: (425) 395-7786 <br>     Email: wright@carsonnoel.com <br>     Email: patrick@carsonnoel.com <br><br>     Attorneys for Kenneth Nance | By: s/ *David L. Greenspan* <br> David L. Greenspan (pro hac vice) <br> Richard J. Batzler (pro hac vice) <br> 1750 Tysons Blvd., Suite 1800 <br> Tysons, VA 22102 <br> Phone: (703) 712-5000 <br> Email: dgreenspan@mcguirewoods.com <br> rbatzler@mcguirewoods.com <br><br> Attorneys for Plaintiff Incident Catering Services, LLC; and Mike Holm |

## II.    ORDER

Based on the above stipulation of the parties, the Court Orders as follows:

1. Alpine shall be entitled to designate documents as "Confidential" under the

    Protective Order with all the protections afforded Confidential documents under

STIPULATION AND ORDER - 3

**CARSON NOEL** PLLC

20 Sixth Avenue NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396

the Protective Order.

2. Counsel shall provide a copy of this Order to Alpine.

3. If Alpine designates documents as Confidential under the Protective Order, it will also be agreeing to abide by the terms of §6 of the Protective Order regarding Challenging Confidentiality Designations.

**Dated: March 12, 2024.**

_Jamal N. Whitehead_
Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER - 4



20 Sixth Avenue NE, Issaquah, WA 98027
P. 425.837.4717   |   F. 425.837.5396

## CERTIFICATE OF SERVICE

I, Wright A. Noel, an attorney, hereby certify that on this 4th day of March 2024, I caused a true and correct copy of the foregoing *Declaration of Timothy E. Steen in Support of Defendant's Motion for Summary Judgment* to be served upon the following individuals via email:

> Molly A. Terwilliger, WSBA #28449
> Morgan, Lewis & Bockius LLP
> 1301 Second Avenue, Suite 3000
> Seattle, WA 98101
> Phone: (206) 274-6400
> Email: molly.terwilliger@morganlewis.com
>
> David L Greenspan (pro hac vice)
> Richard J Batzler (pro hac vice)
> McGuire Woods LLP
> 1750 Tysons Blvd., Suite 1800
> Tysons, VA 22102
> Phone: (703) 712-5000
> Email: dgreenspan@mcguirewoods.com
> rbatzler@mcguirewoods.com
>
> *Attorneys for Plaintiff/Counterclaim Defendants Ellipse Global and Mike Holm*

> Robert L. Gillette, II, WSBA #44212
> Sarah N. Turner, WSBA #37748
> Gordon Rees Scully Mansukhani, LLP
> 701 Fifth Avenue, Suite 2100
> Seattle, WA 98104
> (206) 695-5115
> rgillette@grsm.com
> sturner@grsm.com
>
> *Attorneys for Third Party Defendant, Raquel Lackey*