UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INCIDENT CATERING SERVICES LLC, doing business as Ellipse Global,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ERROL NANCE,<br><br>Defendant. | CASE NO. 22-cv-591<br><br>MINUTE ORDER |
| KENNETH ERROL NANCE,<br><br>Counter Claimant,<br><br>v.<br><br>INCIDENT CATERING SERVICES LLC, doing business as Ellipse Global, MIKE HOLM, individually and on behalf of his domestic community with Jane Doe Holm, RAQUEL LACKEY, individually and on behalf of her domestic community with Richard W. Lackey,<br><br>Counter Defendants. | |

MINUTE ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

     The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

     On March 13, 2024, the parties notified the Court by email that they have reached a settlement of this lawsuit and expect to dismiss it fully within the next week. The Court STRIKES the remaining deadlines. The Court ORDERS the parties to file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order.

     Dated this 18th day of March 2024.

<u>Ravi Subramanian</u>
Clerk
<u>*/s/Kathleen Albert*</u>
Deputy Clerk

MINUTE ORDER - 2