1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INCIDENT CATERING SERVICES LLC, doing business as Ellipse Global,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ERROL NANCE,<br><br>Defendant. | CASE NO. 22-cv-591<br><br>MINUTE ORDER |
| KENNETH ERROL NANCE,<br><br>Counter Claimant,<br><br>v.<br><br>INCIDENT CATERING SERVICES LLC, doing business as Ellipse Global, MIKE HOLM, individually and on behalf of his domestic community with Jane Doe Holm, RAQUEL LACKEY, individually and on behalf of her domestic community with Richard W. Lackey,<br><br>Counter Defendants. | |

**MINUTE ORDER** - 1

1
2

The following Minute Order is made by direction of the Court, the Honorable

Jamal N. Whitehead, United States District Judge:

3
4
5
6
7
8

On March 13, 2024, the parties notified the Court by email that they have

reached a settlement of this lawsuit. The Court ordered the parties to file a

stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint

status report regarding their progress in perfecting settlement within 30 days of the

Court entering its order. Accordingly, the Court terminates all pending motions as

moot.

9

Dated this 1st day of April 2024.

10
11
12

Ravi Subramanian
Clerk
*/s/Kathleen Albert*
Deputy Clerk

13
14
15
16
17
18
19
20
21
22
23

**MINUTE ORDER** - 2