THE HONORABLE JAMAL N. WHITEHEAD

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

INCIDENT CATERING SERVICES, LLC

Case No. 2:22-cv-00591-JNW

10

Plaintiff,

**STIPULATION AND ORDER OF DISMISSAL**

11

v.

12

KENNETH ERROL NANCE,

NOTE ON MOTION CALENDAR:
April 1, 2024

13

Defendant;

14

15

KENNETH ERROL NANCE, individually,

16

Counterclaim Plaintiff,

17

v.

18

INCIDENT CATERING SERVICES, LLC and
MIKE HOLM, individually and on behalf of his
domestic community with Jane Doe Holm, and
RAQUEL M. LACKEY, individually and on
behalf of her domestic community with
RICHARD W. LACKEY,

19
20
21
22

Counterclaim Defendants.

23
24
25
26

STIPULATION AND ORDER OF DISMISSAL - 1
(Case No. 2:22-cv-00591-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

## **STIPULATION**

2

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the

3

parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

4

    1)    All claims and counterclaims in the above referenced case shall be DISMISSED

5

WITH PREJUDICE; and,

6

    2)    Each party shall bear its own costs and fees.

7

    DATED this 1st day of April, 2024.

8
9

**CARSON & NOEL, PLLC**                          **MORGAN, LEWIS & BOCKIUS LLP**

10

By: *s/ Wright A. Noel*                          By: *s/ Molly A. Terwilliger*
Wright A. Noel, WSBA No. 25264                   Molly A. Terwilliger, WSBA #28449

11

Patrick D. Moore, WSBA No. 54177                 1301 Second Avenue, Suite 3000
Seattle, WA 98101

12

20 Sixth Avenue NE
Issaquah, WA 98027                               Phone: (206) 274-6400

13

Phone: (425) 395-7786                            Email: molly.terwilliger@morganlewis.com
Email: wright@carsonnoel.com

14

       patrick@carsonnoel.com                    **MCGUIREWOODS LLP**

15

*Attorneys for Defendant and Counterclaim*       By: *s/ Richard J. Batzler*

16

*Plaintiff Kenneth Nance*                        David L. Greenspan (*pro hac vice*)
Richard J. Batzler (*pro hac vice*)

17

**GORDON REES SCULLY**                           1750 Tysons Blvd., Suite 1800
Tysons, VA 22102

18

**MANSUKHANI, LLP**                              Phone: (703) 712-5000
Email: dgreenspan@mcguirewoods.com

19

By: *s/ Robert L. Gillette*                             rbatzler@mcguirewoods.com

20

Sarah N. Turner, WSBA #37748
Robert L. Gillette, II, WSBA #44212              *Attorneys for Plaintiff/Counterclaim*

21

701 Fifth Avenue, Suite 2100                     *Defendants Ellipse Global and Mike Holm*
Seattle, WA 98104

22

Phone: (206) 695-5115
Email: sturner@grsm.com

23

       rgillette@grsm.com

24

*Attorneys for Third Party Defendant Raquel*

25

*Lacky*

26

STIPULATION AND ORDER OF DISMISSAL - 2
(Case No. 2:22-cv-00591-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

## **ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above referenced case, including all claims and counterclaims, is hereby dismissed with prejudice, without an award of costs or fees to any party.

DATED this 2nd day of April, 2024.

_____
Jamal N. Whitehead
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Molly A. Terwilliger*
Molly A. Terwilliger, WSBA #28449
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email:  molly.terwilliger@morganlewis.com

**MCGUIREWOODS LLP**

By: *s/ Richard J. Batzler*
David L. Greenspan (*pro hac vice*)
Richard J. Batzler (*pro hac vice*)
1750 Tysons Blvd., Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Email:  dgreenspan@mcguirewoods.com
          rbatzler@mcguirewoods.com

STIPULATION AND ORDER OF DISMISSAL - 3
(Case No. 2:22-cv-00591-JNW)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1

*Attorneys for Plaintiff/Counterclaim Defendants
Ellipse Global and Mike Holm*

2

3  **CARSON & NOEL, PLLC**

4  By: *s/ Wright A. Noel*
Wright A. Noel, WSBA No. 25264

5  Patrick D. Moore, WSBA No. 54177
20 Sixth Avenue NE

6  Issaquah, WA 98027

7  Phone: (425) 395-7786
Email:   wright@carsonnoel.com

8          patrick@carsonnoel.com

9  *Attorneys for Defendant and Counterclaim
Plaintiff Kenneth Nance*

10

11  **GORDON REES SCULLY MANSUKHANI,
LLP**

12

13  By: *s/ Robert L. Gillette*
Sarah N. Turner, WSBA #37748

14  Robert L. Gillette, II, WSBA #44212
701 Fifth Avenue, Suite 2100

15  Seattle, WA 98104
Phone: (206) 695-5115

16  Email:   sturner@grsm.com
         rgillette@grsm.com

17

18  *Attorneys for Third Party Defendant Raquel
Lacky*

19

20

21

22

23

24

25

26